IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TRUSTGARD INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-88 |
| v. | |
| SAVANNAH OZF FEELEY AVE LLC; DUSTCOM LIMITED, INC.; GHD SERVICES INC.; THOMAS & HUTTON ENGINEERING CO.; and FIFTY FEELEY, LLC, | |
| Defendants. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal without Prejudice," signed and filed by counsel for Plaintiff and counsel for all Defendants, in which the parties stipulate to the dismissal of this matter without prejudice.  (Doc. 44.)  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITHOUT PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 2nd day of December, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA